IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN CURRY, R09761,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 16-CV-820-SMY-RJD |
| ) | |
| **KIMBERLY S. BUTLER,** ) | |
| **WILLIAM A. SPILLER,** ) | |
| **KENT E. BROOKMAN,** ) | |
| **TODD BROOKS, SHAUN GEE,** ) | |
| **BRANDON ANTHONY and** ) | |
| **CORY BUMP,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff Steven Curry's Motion for Summary Judgment Regarding Defendants' Exhaustion of Administrative Remedies Defense (Doc. 57). A prisoner's failure to exhaust administrative remedies is an affirmative defense that may be raised by the defendants. *Jones v. Bock*, 549 U.S. 199, 212, 127 S. Ct. 910, 919, 166 L. Ed. 2d 798 (2007). Therefore, Curry does not need to file a motion for summary judgment on the exhaustion issue. However, he may file a response in opposition if the Defendants choose to file a motion for summary judgment on the issue of exhaustion. Pursuant to the Scheduling Order (Doc. 53), the Defendants may file such a motion no later than March 23, 2017. If the Defendants choose not to file a motion for summary judgment on the exhaustion issue, the issue will be deemed waived and the parties may proceed to discovery on the merits. Accordingly, Plaintiff's motion is **DENIED**.

IT IS SO ORDERED.

DATED: January 4, 2017

                                                **s/ Staci M. Yandle**
                                                **STACI M. YANDLE**
                                                **United States District Judge**