IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-00820-SMY |
| | ) |
| WILLIAM A. SPILLER, KENT E. | ) |
| BROOKMAN, SHAUN GEE, and | ) |
| CORY BUMP, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have informed the Court that the above action has been settled, but that additional time is needed to consummate the settlement. Defense Counsel is **DIRECTED** to forward a proposed Settlement Agreement to Plaintiff **within 30 days** from the date of this Order. Defense Counsel is further **DIRECTED** to file a status report **within 60 days** from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to CMS for payment. The Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs 120 **days from the date of this order**. The parties are advised that the 120-day period to consummate settlement will not be extended absent exceptional circumstances. In light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings.

IT IS SO ORDERED.

DATED: September 9, 2020

*s/ Staci M. Yandle*_____
STACI M. YANDLE
United States District Judge